# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Travis Sintell McCrae,

Plaintiff Pro Se,

v.

Truist Bank;

Mike McGuire, Chief Financial Officer of Truist Financial Corporation;

Rachel Sickles, Chief Financial Officer associated with payroll operations (SurePayroll/related functions);

SurePayroll, Inc.;

Paychex, Inc.,

Defendants.

Civil Action No: _____

FEB 24 '26 PM 4:38
RCV'D - USDC FLO SC

# VERIFIED MOTION FOR INJUNCTIVE RELIEF, ACCOUNT RESTORATION, ACCOUNTING, DAMAGES, AND DECLARATORY RELIEF

## I. INTRODUCTION

Plaintiff brings this action seeking immediate judicial relief due to Defendants' closure, restriction, and denial of access to multiple commercial banking accounts essential to Plaintiff's nonprofit and business operations.

Defendants' actions have prevented Plaintiff from performing payroll obligations, executing contracts, and accessing financial resources, resulting in severe financial injury and irreparable harm.

## II. JURISDICTION

This Court has jurisdiction pursuant to:

- 28 U.S.C. §1331 — Federal Question

- 28 U.S.C. §1332 — Diversity

- 28 U.S.C. §2201 — Declaratory Judgment Act

Federal statutory claims include:

- Truth in Lending Act — 15 U.S.C. §1605

- Equal Credit Opportunity Act — 15 U.S.C. §1691

- Fair Credit Reporting Act — 15 U.S.C. §1681

- Dodd-Frank Act consumer protections

- 12 U.S.C. §1818 — Unsafe banking practices

- 12 U.S.C. §1831n — Accounting and disclosure standards

All rights reserved under UCC §1-308.

## III. PARTIES

### Plaintiff

Travis Sintell McCrae

Authorized representative of Nipsey'z Checkmate Inc.

2

Florence, South Carolina.

**Defendants**

Truist Bank

214 North Tryon Street

Charlotte, NC 28202

Mike McGuire

Chief Financial Officer, Truist Financial Corporation

214 North Tryon Street

Charlotte, NC 28202

Rachel Sickles

Chief Financial Officer / Executive authority connected to payroll operations (SurePayroll-related services)

214 North Tryon Street

Charlotte, NC 28202 (service via corporate office)

SurePayroll, Inc.

50 West Jackson Blvd

Chicago, IL 60604

Paychex, Inc.

911 Panorama Trail South

Rochester, NY 14625

# IV. FACTUAL BACKGROUND

Plaintiff maintained five commercial accounts with Truist Bank:

1. Business Money Market ending 3779

2. Community Checking ending 0439

3. Dynamic Business Checking ending 0026

4. Truist One Checking ending 0420

5. Truist One Checking ending 3993

Plaintiff relied on Defendants' representations regarding payroll processing and account functionality.

Defendants:

- rejected tendered payments,

- restricted and closed accounts,

- failed to provide adequate accounting,

- prevented payroll execution.

These actions directly prevented Plaintiff from:

- accessing business funds,

- fulfilling contractual obligations,

- maintaining nonprofit operations.

## V. PERSONAL INVOLVEMENT OF EXECUTIVE DEFENDANTS

Plaintiff alleges that:

Mike McGuire and Rachel Sickles held executive financial authority and oversight responsibilities relating to policies governing account closure, financial controls, payroll processing, and banking operations.

Their roles contributed to implementation or enforcement of actions causing Plaintiff's financial injury.

## VI. IRREPARABLE HARM

Plaintiff suffers ongoing injury because:

- Payroll obligations cannot be fulfilled.

- Business contracts are being lost.

- Operational capacity is severely impaired.

Monetary damages alone cannot remedy ongoing harm.

## VII. CAUSES OF ACTION

### COUNT I — Breach of Contract

Failure to maintain and process accounts according to agreed terms.

### COUNT II — Unjust Enrichment

Defendants retained fees and financial benefit while denying access to services.

### COUNT III — TILA Violations (15 U.S.C. §1605)

Failure to provide clear disclosures regarding finance charges and account conditions.

### COUNT IV — ECOA Violations (15 U.S.C. §1691)

Denial or restriction of financial services without proper adverse action disclosures.

5

## COUNT V — FCRA Violations

Failure to ensure accuracy and proper investigation of financial reporting.

## COUNT VI — NEGLIGENCE AND BREACH OF DUTY

Failure to exercise reasonable care in handling Plaintiff's accounts.

# VIII. DAMAGES

Plaintiff seeks:

☞ $5,000,000 per account.

Total damages requested:

☞ $25,000,000

Damages include:

- loss of contracts,
- payroll disruption,
- business injury,
- financial loss.

# IX. INJUNCTIVE RELIEF

Plaintiff requests Court order:

1. Immediate restoration of account access sufficient for payroll operations.
2. Full accounting disclosure.
3. Preservation of all electronic banking records.

4. Prohibition against further adverse actions pending litigation.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Motion for Injunctive Relief, Account Restoration, Accounting, Damages, and Declaratory Relief was served upon all Defendants in accordance with Federal Rule of Civil Procedure 5(b), and consistent with applicable provisions of 28 U.S.C. §§ 1331, 1332, and governing federal procedural requirements.

Service was completed by United States Postal Service First-Class Mail and/or other authorized methods permitted under the Federal Rules of Civil Procedure.

## DEFENDANTS SERVED

Truist Bank

Attn: Executive Offices

214 North Tryon Street

Charlotte, North Carolina 28202

Mike McGuire

Chief Financial Officer, Truist Financial Corporation

c/o Truist Bank Executive Offices

214 North Tryon Street

Charlotte, North Carolina 28202

Rachel Sickles

Chief Financial Officer / Executive Officer associated with payroll operations

c/o Truist Bank Executive Offices

214 North Tryon Street

Charlotte, North Carolina 28202

---

SurePayroll, Inc.

50 West Jackson Blvd

Chicago, Illinois 60604

---

Paychex, Inc.

911 Panorama Trail South

Rochester, New York 14625

---

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 24th day of February, 2026.

---

Travis Sintell McCrae

1901 W Evans St Unit 6937

Florence, South Carolina 29501

Plaintiff Pro Se

*[signature]*
2-24-24